**Entered on Docket**
**February 26, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-78186

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-31784-bam |
| Roger Dean Kroeker and Lois M. Kroeker | Date: 2/16/2010<br>Time: 1:30 pm |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2    above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3    Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4    property, generally described as 160 Pioneer Peak Pl., Las Vegas, NV 89138, and legally described as

5    follows:

6

7    PARCEL I:
     Lot Twenty-Three (23) in Block One (1) of SAGE HILLS AT THE SUMMERLIN VISTAS, as
8    shown by map thereof on file in Book 104 of Plats, Page 82, in the Office of the County
     Recorder of Clark County, Nevada.
9
     PARCEL II:
10   A non-exclusive easement for ingress, egress, use and enjoyment of, over and upon the
     Common Lots and. Private Streets delineated on the map referred to above, and as further set
11   forth in the Covenants, Conditions and Restrictions for Sage Hills, recorded June 6, 2002 in
     Book 20020606 as Document No. 00020 of Official Records.
12   //

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   /

26   //

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2010

Submitted by:

WILDE & ASSOCIATES

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Spencer M. Judd
6625 W. Sahara, Suite 1
Las Vegas, NV 89146
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Lenard E Schwartzer
2850 S. Jones Blvd. #1
Las Vegas, NV  89146
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document


_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor